THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN MAHONEY, Appellant.

(Argued October 24, 1928; decided November 20, 1928.)

*John J. Kelly* and *Abbott H. Jones* for appellant.

*Frederick C. Filley, District Attorney (Phillip J. Cirillo* of counsel), for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

CHRISTIAN BUCK, Respondent, *v.* STANDARD OIL COMPANY OF NEW YORK, Appellant.

(Argued October 24, 1928; decided November 20, 1928.)

*Lawrence B. McKelvey, Brenton T. Taylor* and *James J. McNaughton* for appellant.

*Charles L. Hoey, Walter P. Butler* and *Clarence B. Kilmer* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.